# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANA BROWN,

           **Plaintiff,**

-vs-                                           Case No. 6:05-cv-530-Orl-28KRS

COMAIR, INC.,

           **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO PRESERVE EVIDENCE (Doc. No. 3)
>
> **FILED:** April 8, 2005
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

It is **ORDERED** that if Defendant ComAir, Inc. can identify the seatbelt that the Plaintiff used on the flight in question, it shall remove the seatbelt from service and preserve it pending the outcome of this proceeding. The request for preservation of documents is too broad to support the relief requested. The Plaintiff may seek documents in discovery as appropriate under the rules of this Court.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties